## IN THE UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**MAC CARDER, JR.**                                                                                    **PLAINTIFF**

**vs.**                              **CASE NO. 4:25-cv-107-LPR**

**GREGG PARRISH, IN HIS OFFICIAL CAPACITY**
**AS EXECUTIVE DIRECTOR OF THE ARKANSAS**
**PUBLIC DEFENDER COMMISSION AND IN**
**HIS INDIVIDUAL CAPACITY**                                                       **DEFENDANT**

### JOINT MOTION TO AMEND AMENDED FINAL SCHEDULING ORDER

Comes Plaintiff Mac Carder Jr., by and through his counsel, Luther Sutter of Sutter & Gillham, P.L.L.C., and Defendant Gregg Parrish, in his individual and official capacity as Executive Director of the Arkansas Public Defender Commission, by and through his counsel, Attorney General Tim Griffin and Senior Assistant Attorney General Carl F. "Trey" Cooper, III, and for their *Joint Motion to Amend Amended Final Scheduling Order*, state:

1.      Per the Court's Amended Final Scheduling Order (Doc. 10) as amended by a Text Entry on the Docket (Doc. 12), the deadline to complete discovery is March 20, 2026 and the motion deadline March 23, 2026.

2.      The parties are working diligently and cooperatively to complete discovery. However, despite good faith efforts to complete discovery before the March 20, 2026 deadline, the parties need more time to conduct depositions. As such the parties request the discovery deadline be extended to April 17, 2026, and the motion deadline be extended to April 30, 2026.

WHEREFORE, the parties jointly request that the Court amend the Amended Final Scheduling Order by extending the discovery deadline to April 17, 2026 and the motion deadline to April 30, 2026.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:   Carl F. "Trey" Cooper, III
Ark Bar No. 2007294
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone:  (501) 682-3658
Fax:      (501) 682-2591
Email:  trey.cooper@arkansasag.gov

*Attorneys for Defendant Gregg Parrish, both in his Individual and Official Capacity as Executive Director of the Arkansas Public Defender Commission.*


AND


Luther Oneal Sutter
Ark. Bar No. 95031
Lucien Gillham
Ark. Bar No. 99199
SUTTER & GILLHAM, P.L.L.C.
310 Natural Resources Dr., Ste. 2
Little Rock, AR 72205
501-315-1910
luther.sutterlaw@gmail.com

*Attorneys for Plaintiff Mac Carder, Jr.*

2